# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3652
_____

GREGORY SHAWN FILES,

    Appellant,

    v.

AMANDA DEBORAH HAYES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Lacey Powell Clark, Judge.

September 22, 2021

PER CURIAM.

Gregory Shawn Files seeks to reverse an injunction for protection against domestic violence entered against him based on various incidents involving Amanda Deborah Hayes and their son. Hayes alleged several past acts of violence against her by Files, but no act of violence was alleged to have occurred in the three years prior to the filing of the petition, thereby requiring reversal of the injunction. To obtain an injunction for protection against domestic violence, the party seeking the injunction must establish that she has an objectively reasonable fear that she is in "imminent danger of becoming the victim of any act of domestic violence." § 741.30(1)(a), Fla. Stat. (2021); *Randolph v. Rich*, 58 So. 3d 290, 291 (Fla. 1st DCA 2011). Because there was no evidence of any threats within the prior three years and the allegations of

violence are remote in time from the filing of the petition, it was error to enter the injunction.

REVERSED.

LEWIS, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ross A. Keene of Ross Keene Law, P.A., and Erica Caitlin Dlubala of Kenny Leigh & Associates, Pensacola, for Appellant.

No appearance for Appellee.